RICHARD S. HARTUNIAN
United States Attorney

Sixtina Fernandez
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-3650, Ext. 229
Fax: (212) 264-6372
Sixtina.Fernandez@ssa.gov
Bar Roll No. 513910

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT of NEW YORK*

------------------------------------------------------ x
JANE BROWNELL                                      :
                                                   :
         Plaintiff,                                :
                                                   :         **Civil Action No. 05-0588**
         v.                                        :
                                                   : **CONSENT ORDER FOR PAYMENT OF**
COMMISSIONER OF                                    : **FEES PURSUANT TO THE EQUAL ACCESS**
SOCIAL SECURITY,                                   : **TO JUSTICE ACT**
                                                   :
         Defendant.                                :
------------------------------------------------------ x

   This matter having been opened to the Court by Thomas C. Erwin, Esq., for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of one thousand eighty-seven dollars and fifty cents ($1,087.50), and thirteen dollars and ninety-five cents ($13.95) in costs, to be paid directly to the

Law Firm of Erwin, McCane & Daly, per a duly executed assignment of fees, the Court having reviewed the record in this matter;

IT IS on this       day of February, 2010;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of one thousand eighty-seven dollars and fifty cents ($1,087.50), and thirteen dollars and ninety-five cents ($13.95) in costs, to be paid directly to the Law Firm of Erwin, McCane & Daly, per a duly executed assignment of fees.

IT IS SO ORDERED:

_____
Neal P. McCurn
U.S. District Judge
Dated: February 25, 2010
Syracuse, NY

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By:    s/ Sixtina Fernandez
       Sixtina Fernandez
       Special Assistant U.S. Attorney


By:    s/ Thomas C. Erwin by SF_____
       Thomas C. Erwin
       Attorney for Plaintiff