# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**Jane Brownell**

vs.   CASE NUMBER: 1:05-CV-588 (NPM/VEB)

**Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby adopted in its entirety. The Commissioner's decision denying disability and SSI benefits is REMANDED for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g).

Upon Consent of the parties, the plaintiff is awarded Attorney Fees in the amount of $1,087.50 pursuant to the Equal Access to Justice Act and $13.95 in costs.

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn dated 12/28/2009 and 2/26/2010.

DATED: March 3, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk